UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRIAN MYGRANT and
JONATHAN WEBBER, on behalf of
themselves and all other similarly
situated employees,

    Plaintiff,                          CASE NO.: 1:18-cv-00264-WS-M

v.

GULF COAST RESTAURANT GROUP,
INC.; HALF SHELL OYSTER HOUSE,
INC.; and ROBERT TAYLOR d/b/a
HALF SHELL OYSTER HOUSE,

    Defendants.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT

Named Plaintiffs, Brian Mygrant and Jonathan Webber ("Named Plaintiffs"), and Defendants, Gulf Coast Restaurant Group, Inc., Half Shell Oyster House, Inc., and Robert Taylor d/b/a Half Shell Oyster House (collectively, "Defendants" or "Gulf Coast"), by and through their respective counsel, jointly move this Court for review and approval of the Joint Compromise Settlement Agreement and Release of Claims ("Agreement"), resolving all claims brought by Named Plaintiffs against Defendants for alleged violations under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201–19. The Parties attach the Agreement as Exhibit A to the corresponding Joint Memorandum in Support of this Joint Motion to Approve Settlement ("Joint Memorandum").

For the reasons set forth in the Joint Memorandum, the Parties respectfully request that this Court enter an Order that:

1. Grants the Parties' Joint Motion and approves the Agreement, including the service payments to the Named Plaintiffs and the attorneys' fees and costs;

2. Appoints Rust Consulting as the Settlement Administrator to administer the settlement as set forth in the Agreement;

3. Administratively stays this case until all the procedures and payments described in the Agreement are completed and orders the Parties to submit within 14 days of the completion of the settlement process a joint motion for dismissal with prejudice, as described in the Agreement;

4. Orders that each party shall be responsible for its own attorneys' fees and costs, except as stated in the Agreement; and

5. Orders that, during the settlement process outlined in the Agreement, any Party may move to re-open this case and that the Court retains jurisdiction over the Parties to the Agreement to effectuate the Agreement's terms and to resolve disputes over the settlement process.

Dated: July 29, 2019.

        Respectfully submitted,

        **ALL PLAINTIFFS**

        /s/ *Charles P. Yezbak, III*
        Charles P. Yezbak, III
        *Admitted Pro Hac Vice*
        YEZBAK LAW OFFICES PLLC

2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
Tel.: (615) 250-2000
yezbak@yezbaklaw.com

Daniel E. Arciniegas
ARCINIEGAS LAW, PLLC
501 Union Street, Suite 501
Nashville, Tennessee 37219
Tel.: (629) 777-5339
Daniel@attorneydaniel.com


**ALL DEFENDANTS**

/s/  *Dena H. Sokolow*
Dena H. Sokolow
BAKER, DONELSON, BEARMAN
   CALDWELL & BERKOWITZ, P.C.
Monroe Park Tower, Suite 925
101 North Monroe Street
Tallahassee, Florida 32301
Tel.: (850) 425-7550
dsokolow@bakerdonelson.com

Zachary B. Busey
*Admitted Pro Hac Vice*
BAKER, DONELSON, BEARMAN
   CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Tel.: (901) 577-8164
zbusey@bakerdonelson.com


Daisy C. Karlson
BAKER, DONELSON, BEARMAN
   CALDWELL & BERKOWITZ, P.C.
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, Alabama 35203
Tel.: (205) 250-8370
dckarlson@bakerdonelson.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I served a true and correct copy of the foregoing document via CM/ECF on the following counsel of record:

Zachary B. Busey
*Admitted Pro Hac Vice*
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Tel.: (901) 577-8164
zbusey@bakerdonelson.com

Dena H. Sokolow
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
Monroe Park Tower, Suite 925
101 North Monroe Street
Tallahassee, Florida 32301
Tel.: (850) 425-7550
dsokolow@bakerdonelson.com

Daisy C. Karlson
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, Alabama 35203
Tel.: (205) 250-8370 dckarlson@bakerdonelson.com

/s/  *Charles P. Yezbak, III*
Charles P. Yezbak, III